**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose Marcello Lopez, | ) | Case No. 3:06-cr-106-4 |
| | ) | |
| Defendant. | ) | |

The court convened a detention hearing in the above-entitled action on October 22, 2008. AUSA Brett Shasky appeared on the Government's behalf. Attorney Gene Doeling appeared on the Defendant's behalf.

At the outset of the proceedings the Defendant advised the court that he consented to detention pending final disposition of this matter. The court finds that the Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a detention hearing and consented to be detained pending final disposition of this matter.

Accordingly, the court **ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 22nd day of October, 2008.

*/s/ Charles S. Miller, Jr*
Charles S. Miller, Jr.
United States Magistrate Judge